IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ABC LOAN CO. OF MARTINEZ, LLC, | * | |
| Plaintiff, | * | |
| v. | * | CV 120-085 |
| GRUNER ENTERPRISES, LLC d/b/a CARISMA FINANCIAL CORP. and #1 BIG DADDY CAR CO. and SIMPLE AUTO FINANCE, and ROBERT GRUNER, III, individually, | * | |
| Defendants. | * | |

ORDER

Before the Court is Plaintiff's notice of voluntary dismissal without prejudice. (Doc. 16.) Plaintiff filed the notice prior to Defendants having served an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of January, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA